IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC FOREMAN,

Plaintiff,

v.

POOL SUPPLY SUPER STORE, LLC,

Defendant.

Case No. 20-cv-752 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 28, 2020**        **MARGARET M. ROBERTIE, Clerk of Court**

                                                    **s/Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**